# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KENNETH M. MAYNARD,

     Plaintiff,

v.                                             Case No: 8:12-cv-797-T-30TGW

PREMIER GROUP REALTY, INC.
and GALE APPLE,

     Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. #5).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.  This cause is dismissed without prejudice.

2.  All pending motions are denied as moot.

3.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of May, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-797 dismiss 5.docx